

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2024

No. 04-22-00301-CR

Jack Edward **MILLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 633088
Honorable Wayne A. Christian, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED. Our September 6, 2023 submission date is WITHDRAWN, and we ORDER the appeal ABATED and the cause REMANDED to the trial court for appointment of new counsel to represent appellant on appeal.

The trial court clerk is ORDERED to file a supplemental clerk's record containing the order appointing new appellate counsel within forty-five days from the date of this order.

It is so **ORDERED** on March 20, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court